IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:13-cv-00564-EFB

MARK WAYNE GRAY

                        Petitioner,     **[PROPOSED] ORDER**

v.

BRENDA M. CASH, Warden

                       Respondent.

IT IS HEREBY ORDERED that the time for filing the TRAVERSE with Points and Authorities is extended through and including December 31, 2013.

Dated: January 6  2014

The Honorable Edmund F. Brennan