UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK WAYNE GRAY,

        Petitioner,

   v.

BRENDA M. CASH,

        Respondent.

No.  2:13-cv-564-KJM-EFB P

ORDER

    Petitioner is a state prisoner seeking a writ of habeas corpus.  *See* 28 U.S.C. § 2254. Respondent seeks leave to file a surreply to respond to new information contained in petitioner's traverse.  ECF No. 29.  Petitioner does not oppose the motion, and it is hereby GRANTED.  The surreply (ECF No. 29) is deemed filed.

    So ordered.

DATED:  December 1, 2014.

                              EDMUND F. BRENNAN
                              UNITED STATES MAGISTRATE JUDGE